1 | P a g e

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

RAUL SANDOVAL

    *Plaintiff,*

v.                                                                      No. 1:19-CV-01179-DAE

CORDELL & CORDELL P.C.

    *Defendant.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, **Raul Sandoval,** Plaintiff, states that the following has been served on counsel of record:

1. Plaintiff's Supplemental Answers to Defendant's Interrogatories; and
2. Plaintiff's Exhibit List of December 2, 2020.

    Respectfully submitted,

    **FLORES, TAWNEY & ACOSTA P.C.**

    */s/    James D Tawney*
    **JAMES D. TAWNEY**
    State Bar No. 24060970
    **DAISY CHAPARRO**
    State Bar No. 24088824
    906 N. Mesa, 2nd Floor
    El Paso, Texas 79902
    Phone: (915) 308-1000
    Facsimile: (915) 300-0283
    jtawney@ftalawfirm.com
    dchaparro@ftalawfirm.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of December 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following as well as all others on the CM/ECF service list:

*Julie C. Tower*
*Patrick S. Richter*
JACKSON LEWIS, P.C.
816 Congress Avenue, Suite 1530
Austin, Texas 78701
Phone: (512) 362-7100
Facsimile: (915) 532-6808
Julie.tower@jacksonlewis.com
Patrick.richter@jacksonlewis.com
*Attorneys for Cordell & Cordell, P.C.*

                                              */s/ James D Tawney*
                                              **JAMES D. TAWNEY**